UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| O'SHEA WHITE,<br><br>　　　　　Petitioner,<br><br>　　v.<br><br>RAYMOND MADDEN, Warden,<br><br>　　　　　Respondent. | Case No. 8:19-cv-01441-PA (JDE)<br><br>ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE |

　　　Pursuant to 28 U.S.C. § 636, the Court has reviewed the records and files herein, including the Petition, the Answer, the Traverse, and the Report and Recommendation of the United States Magistrate Judge. No party filed timely objections to the Report and Recommendation. The Court accordingly accepts the findings and recommendation of the Magistrate Judge.

　　　IT IS THEREFORE ORDERED that:

　　　1. Petitioner's request for an evidentiary hearing is denied; and

/ / /

/ / /

2. Judgment shall be entered denying the Petition and dismissing this action with prejudice.

DATED:  January 2, 2020

_____
Percy Anderson
UNITED STATES DISTRICT JUDGE