JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| O'SHEA WHITE,<br><br>          Petitioner,<br><br>    v.<br><br>RAYMOND MADDEN, Warden,<br><br>          Respondent. | Case No. 8:19-cv-01441-PA (JDE)<br><br>JUDGMENT |

Pursuant to the Order Accepting Findings and Recommendation of the United States Magistrate Judge,

IT IS ADJUDGED that the operative Petition is denied and this action is dismissed with prejudice.

Dated: January 2, 2020

_____
PERCY ANDERSON
United States District Judge